*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps Court of Criminal Appeals

Before
KING, McCONNELL, and C. STEPHENS,
Appellate Military Judges

————————————

**UNITED STATES**
Appellee

**v.**

**Codee J. THRASHER**
Corporal (E-4), U.S. Marine Corps
Appellant

**No. 201900179**

Decided: 26 November 2019.

Appeal from the United States Navy-Marine Corps Trial Judiciary. Military Judge: Colonel Glen R. Hines, USMC. Sentence adjudged 2 April 2019 by a special court-martial convened at Marine Corps Base Camp Lejeune, South Carolina, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for 120 days, and a bad-conduct discharge.

For Appellant: Captain W. Scott Laragy, JAGC, USN.

For Appellee: Brian K. Keller, Esq.

————————————

**This opinion does not serve as binding precedent under NMCCA Rule of Appellate Procedure 30.2(a).**

————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to the appellant's substantial rights occurred. Articles 59 and 66, UCMJ, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court